UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

STACEY HARRISON, et al.,

    Plaintiffs,

v.

AZTEC WELL SERVICING CO., INC.
et al.,

    Defendants.

No. 1:20-CV-038-H

## ORDER

Before the Court is the parties' Agreed Motion to Continue Expert Objections, Completion of Discovery, and Dispositive Motions Deadlines. Dkt. No. 122. The parties represent that they have a scheduled mediation on July 30, 2021 and wish to focus on that mediation instead of the impending deadlines. *Id.* at 2. After reviewing the motion and the relevant law, the Court denies the motion because it does not find good cause to extend the requested deadlines.

Federal Rule of Civil Procedure 16(b)(4) permits the Court to modify a scheduling order for good cause. The Fifth Circuit has explained that the good-cause standard requires the "party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enters., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003).

None of the parties' given reasons demonstrate good cause to extend the deadlines. A review of the docket in this case reveals that this is the parties' fifth request to extend expert-related deadlines (*See* Dkt. Nos. 79, 86, 94, 96), the last of which the Court granted and gave the parties a three-month extension (*See* Dkt. No. 104). The parties' only

justification for the request is that they would like to focus on mediation instead of preparing for trial. The Court does not find that this reason rises to the level of good cause as the parties have not demonstrated that the "deadlines cannot reasonably be met despite the diligence of the party needing the extension." *See S&W Enters.*, 315 F.3d at 535. Accordingly, the motion is denied.

So ordered on July 15, 2021.

*[signature]*

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE