UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| STACEY HARRISON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AZTEC WELL SERVICING CO., INC., et al., <br><br> Defendants. | No. 1:20-CV-038-H |

## ORDER

The Court will issue a more detailed opinion and order on the pending motions for summary judgment in the coming days but, given that trial is set to begin in little more than a month, the Court issues this order so that the parties may plan accordingly.

Harrison's motion for partial summary judgment will be denied—he has not proven beyond peradventure that the advertisements are false. The defendants' motions for summary judgment on Harrison's slander claim will be granted because he has not presented sufficient admissible evidence to support them. The defendants' motions for summary judgment will be denied in all other respects. And, importantly, the Court finds that the defendants' invocation of the judicial-proceedings privilege is frivolous and certifies that any appeal of that finding would be both frivolous and dilatory given the Court's prior ruling on the subject, *see* Dkt. No. 57 at 10–13. *BancPass, Inc. v. Highway Toll Admin., LLC*, 863 F.3d 391, 399–400 (5th Cir. 2017).

So ordered on December 22, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE