IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| STACEY HARRISON. §<br>    *Plaintiff,* §<br>§<br>v. §<br>§<br>AZTEC WELL SERVICING CO., §<br>TRIPLE S TRUCKING, INC., §<br>TOTAH RENTAL & EQUIPMENT CO., §<br>DOUBLE M MUD CO., BASIN §<br>DISPOSAL §<br>INC., ROADRUNNER FUELS, INC., and §<br>JASON SANDEL, §<br>    *Defendants*. § | CIVIL ACTION NO. 1:20-CV-00038-H |

## **DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**

COMES NOW, Defendants Aztec Well Servicing Co., Triple S Trucking, Inc., and Jason Sandel (collectively the "Defendants") and, in accordance with the Court's Order Resetting Pretrial Conference [Doc. 279], hereby file their Amended Objections to Plaintiff's Exhibit List, included hereto as Exhibit "A":

1

Respectfully Submitted,


Cotton, Bledsoe, Tighe & Dawson, P.C.
P. O. Box 2776
Midland, Texas 79702-2776
432-684-5782
432-682-3672 Fax

By:   */s/ Tyler J. Eyrich*
     **David W. Lauritzen**
     State Bar No. 00796934
     dlauritzen@cbtd.com
     **Olivia G. Stedman**
     State Bar No. 24121146
     ostedman@cbtd.com
     **Tyler J. Eyrich**
     State Bar No. 24101741
     teyrich@cbtd.com


**ATTORNEYS FOR DEFENDANTS AZTEC WELL SERVICING CO., TRIPLE S TRUCKING, INC., AND JASON SANDEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of January, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which may send notification of such filing to the following emails, and that a full and complete copy hereof was also sent by counsel for Defendants via electronic mail to:

Bruce Akerly
Robert Loughran
AKERLY LAW PLLC
bakerly@akerlylaw.com
rloughran@akerlylaw.com
*Attorneys for Plaintiff*

Charles Self
The Whitten Law Firm, P.C.
cself@whittenfirm.com
*Attorney for Defendants*

                                             */s/ Tyler J. Eyrich*
                                             **Tyler J. Eyrich**

# Exhibit A

MIDLAND\008501\000351\2997714.1

| No | Description | Bates Nos. | Agree to Admissibility | Objection/Basis |
|---|---|---|---|---|
| H-1 | Form of Wanted Ad | Harrison 000881 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 901 and 903, no foundation has been laid to properly authenticate this proposed exhibit. |
| H-2 | Email from C. Ochoa to A. Pearson (LocaliQ) | Harrison 000880 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 901 and 903, no foundation has been laid to properly authenticate this proposed exhibit. |
| H-3 | Copy of Wanted Ad published in Midland Reporter Telegram 11-10-2019 | Harrison 000915 | X | |
| H-4 | Copy of Wanted Ad published in Abilene Reporter News 11-10-2019 | Harrison 000916 | X | |
| H-5 | Letter From AWF to HLAD/W. Harrison | Aztec 000294 | X | |
| H-6 | Wanted ads on one page | Harrison 000014 | X | |
| H-7 | Affidavit of Non-Service | Aztec 000237 | X | |
| H-8 | Letter from S. Harrison to J. Sandel (retraction of ads) | Harrison 000914 | | **Defendants:** FRE 701, 702, 703, improper expert testimony; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-9 | Fusselman Bankruptcy Claims Register | Harrison 002468-69 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; |

5

|  |  |  |  | 901, lacks a foundation and the proper authentication; further this document was not timely produced or previously disclosed to Defendants. |
|---|---|---|---|---|
| H-10 | Copper Ridge Bankruptcy Claims Register | Harrison 002470-80 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; further this document was not timely produced or previously disclosed to Defendants. |
| H-11 | AWS Proof of Claim No. 52 – Copper Ridge Bankruptcy | Harrison 002128-2226 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; further this document was not timely produced or previously disclosed to Defendants. |
| H-12 | AWS Proof of Claim No. 53 – Copper Ridge Bankruptcy | Harrison 002227-2422 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content; further this document was not timely produced or previously disclosed to Defendants. |
| H-13 | HLAD proof of claim No. 46 – Copper Ridge Bankruptcy | Harrison 002477-80 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | original is required in order to prove this content; further this document was not timely produced or previously disclosed to Defendants. |
| H-14 | Triple S Trucking Co., Inc Proof of Claim No. 51 – Fusselman Bankruptcy | Harrison 002423-2467 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content; further this document was not timely produced or previously disclosed to Defendants. |
| H-15 | Plaintiff's Original Petition – Gaines County Action | Harrison 002481-2517 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication;1002 the original is required in order to prove this content; further this document was not timely produced or previously disclosed to Defendants. |
| H-16 | Citation Return – HLAD – Gaines County Action | Harrison 002126-27 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content; further this document was not timely produced or previously disclosed to Defendants. |
| H-17 | Docket – Gaines County Action | Harrison 001959-61 |  | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; |

7

| | | | | |
|---|---|---|---|---|
| | | | | 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content; further this document was not timely produced or previously disclosed to Defendants. |
| H-18 | Dismissal re HLAD – Gaines County Action | Harrison 001957-58 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content; further this document was not timely produced or previously disclosed to Defendants. |
| H-19 | Email from J. Sandel to M. Burkett, 4-26-2019 | Harrison 001918-20 | X | |
| H-20 | Email from J. Sandel to M. Burkett and S. Harrison 5-2-2019 | Harrison 001901-03 | X | |
| H-21 | Email from M. Burkett to Jason Sandel, Harrison, G. McMullen 5-19-2019 | Harrison 001572 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-22 | Email from J. Sandel to M. Burkett, 5-20-2019 | Harrison 001904 | X | |
| H-23 | Email from M. Burkett to Harrison, 2-3-2020 | Harrison 001573 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |

MIDLAND\008501\000351\2997714.1

| H-24 | Email from M. Burkett to G. Allen, 2-4-2020 | Harrison 001577 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
|---|---|---|---|---|
| H-25 | Email from G. Allen to M. Burkett, 2-5-2020 | Harrison 001576 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-26 | Email from M. Burkett to Harrison 12-7-2019 | Harrison 001583 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 701, 702, 703, improper expert opinion; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-27 | Application for Credit - AWF | Harrison 001954-56 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-28 | AWF Brochure – Color | Harrison 000287-306 | X | |
| H-29 | Pages from AWF Brochure – Color | Harrison 001153-57 | X | |
| H-30 | YouTube Video Screenshot | Harrison 001160 | X | |
| H-31 | LinkedIn – J. Sandel | Harrison 000309-12 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay |

9

| | | | | |
|---|---|---|---|---|
| | | | | that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-32 | LinkedIn – AWF | Harrison 000280 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-33 | Farmington Chamber page | Harrison 000285-286 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-34 | AWS Facebook page | Harrison 001158 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-35 | Aztec Fly By – YouTube | Harrison 00159-66 | X | |
| H-36 | AWF LinkedIn page | Harrison 001167-68 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-37 | AWF website | Harrison 001169 | X | |

| H-38 | AWF – Curtis Gurley profile | Harrison 001170 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content. |
|---|---|---|---|---|
| H-39 | AWF – web information | Harrison 001174-75 | X | |
| H-40 | J. Sandel – Apollo site information | Harrison 001176 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content. |
| H-41 | J. Sandel – Rocket Reach information | Harrison 001177 | | **Defendants:** FRE 106, this is only part of the entire document; 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication; 1002 the original is required in order to prove this content. |
| H-42 | Employment Application AWF | Harrison 001179-82 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-43 | C. Gurley, GC AWF | Harrison 001183 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay |

| | | | | |
|---|---|---|---|---|
| | | | | that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-44 | Email from C. Ochoa to V. Lange, LocaliQ | Harrison 000871-72 | | **Defendants:** FRE 106, this is only part of the entire document; 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-45 | Invoice – Abilene Reporter News | Aztec 000337 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception. |
| H-46 | Actual Newspaper – Abilene Reporter News | None | | **Defendants:** This document was not timely produced or previously disclosed to Defendants. All objections reserved. Defendants have not seen the purported exhibit but lodge the following objections: FRE 106, partial document; 403, needlessly cumulative; 801, 802, and 803, contains hearsay that does not meet any exception. |
| H-47 | Actual Newspaper – Midland Reporter Telegram | None | | **Defendants:** This document was not timely produced or previously disclosed to Defendants. All objections reserved. Defendants have not seen the purported exhibit but lodge the following objections: FRE 106, partial document; 403, needlessly cumulative; 801, 802, and 803, contains hearsay that does not meet any exception. |
| H-48 | Aztec Chart of Attempts to serve HLAD – Butler Well #3 | Aztec 016712 | X | |

12

| | | | | |
|---|---|---|---|---|
| H-49 | Copy of envelope – NOI letter – 10-16-2019 | Aztec 000468 | X | |
| H-50 | Copy of envelope – NOI letter – 10-20-2019 | Aztec 000467 | X | |
| H-51 | Expert Report – Jacob W. Adams, CPA | Harrison 001962-2125 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value, and needlessly cumulative; 701, 702, 703, improper expert opinion; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-52 | Letter of Intent – Tri-Cap 9/9-2019 | Harrison 000403-408 | | **Defendants:** FRE 401, 402, 403, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-53 | Documents produced under subpoena by Gannett (Abilene paper) | Harrison 000863-898 | | **Defendants:** No objection to documents Bates labeled Harrison 866-898. Defendants object to documents Bates labeled Harrison 863-866 pursuant to FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 701, 702, 73, improper expert testimony; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. Defendants object to these pages being included as part of any exhibit but do not object to questions and answers from the *Deposition by Written Questions Propounded to the Witness, Custodian of Records for: Abilene* |

13

| | | | | |
|---|---|---|---|---|
| | | | | *Reporter-News* being read to the jury. |
| H-54 | Documents produce under subpoena – Midland Reporter Telegram | Harrison 00899-913 | | **Defendants:** No objection to documents Bates labeled Harrison 911-913. Defendants object to documents Bates labeled Harrison 899-910 pursuant to FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 701, 702, 73, improper expert testimony; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. Defendants object to these pages being included as part of any exhibit but do not object to questions and answers from the *Deposition by Written Questions Propounded to the Witness, Custodian of Records for: Midland Reporter Telegram* being read to the jury. |
| H-55 | SOS Texas filings for HLAD | Harrison 000920-964 | X | |
| H-56 | Email from M. Burkett to Harrison 12/7/19 | Harrison 001921 | | **Non-Roadrunner** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 701, 702, 703, expert opinion?; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-57 | Text messages involving Harrison | Harrison 001398 | | **Non-Roadrunner** FRE 401, 402, 403, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |

14

Case 1:20-cv-00038-H    Document 293    Filed 01/20/22    Page 15 of 18    PageID 9087

| | | | | |
|---|---|---|---|---|
| H-58 | Email from Harrison to J. Grace 6/8/20 | Harrison 001567-69 | | **Defendants:** FRE 401, 402, 403, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-59 | Email from M. Burkett to J. Sandel/Harrison 5/19/19 | Harrison 001572 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 701, 702, 703, expert opinion?; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-60 | Email from M. Burkett to Harrison 2/2/20 | Harrison 001573 | | **Non-Roadrunner** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-61 | Email from G. Allen to M. Burkett 2/5/20 | Harrison 001576 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-62 | Email from M. Burkett to G. Allen 2/4/20 | Harrison 001577 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-63 | Email from M. Burkett to Harrison 12/7/19 | Harrison 001583 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 701, 702, 703, expert opinion?; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, |

15

MIDLAND\008501\000351\2997714.1

| | | | | |
|---|---|---|---|---|
| | | | | lacks a foundation and the proper authentication. |
| H-64 | Text message involving Harrison | Harrison 001822 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-65 | Text message involving Harrison and T. Torrez/Aztec | Harrison 000843 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-66 | Text message involving Harrison and Pason | Harrison 000844 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-67 | Text messages involving Harrison | Harrison 000852-54 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| H-68 | Text message involving Harrison | Harrison 000855 | | **Defendants:** FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |

MIDLAND\008501\000351\2997714.1

|  | **POSSIBLE DEMONSTRATIVE EXHIBITS** |  |  |  |
|---|---|---|---|---|
| HX | Damages Chart |  |  | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. Defendants reserve all rights to object. |
| HX | Blow up of Wanted Ad (not used) |  |  | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. To the extent that this is exact enlargement of H-1, Defendants object on the following grounds: FRE 401, 402, 403, not relevant, prejudice outweighs any probative value; 801, 802, and 803, this exhibit contains hearsay that does not meet any exception; 901, lacks a foundation and the proper authentication. |
| HX | Blow up of Wanted Ad (used) |  |  | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. Assuming this is an exact enlargement of an admitted exhibit, Defendants likely will not object. Because Defendants are unaware what this demonstrative is, they reserve all rights. |
| HX | Blow up of AWF logo |  |  | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. Defendants reserve all rights. |
| HX | Chronology chart |  |  | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. Defendants do not know what is in |

17

| | | | | |
|---|---|---|---|---|
| | | | | this chart or who purportedly assembled it. Defendants reserve all rights to object. |
| HX | Chart of Attempts to Deliver NOI to HLAD (Aztec 016712) | | | Defendants have not been provided a copy of this exhibit, but assuming it is an exact enlargement of H-48, Defendants have no objection. |
| HX | Power Point Presentation – Expert Witness | | | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. Defendants do not know what is in this PowerPoint and reserve all rights to object. |
| HX | Power Point Presentation - Opening | | | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. Defendants do not know what is in this PowerPoint and reserve all rights to object. |
| HX | Power Point Presentation - Closing | | | Defendants have not been provided a copy of this document and therefore cannot intelligently reply with all possible objections. Defendants do not know what is in this PowerPoint and reserve all rights to object. |
| | | | | |
| | **RESERVATION** | | | |
| | Harrison reserves the right to use any exhibit designated by any party to this action and to use any exhibit for purposes of impeached (whether heretofore listed or not). | | | |

MIDLAND\008501\000351\2997714.1