IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| STACEY HARRISON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-00038-H |
| | § | |
| | § | Jury Demanded |
| AZTEC WELL SERVICING CO. TRIPLE S TRUCKING, INC., and JASON SANDEL, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION**
**TO DISMISS ACTION WITH PREJUDICE**
**[Related to D.E. #77]**

All matters in controversy in the above-styled and referenced civil action (the "**Action**") have been fully and finally settled as between Plaintiff STACEY HARRISON ("**Plaintiff**") and Defendants AZTEC WELL SERVICING CO., TRIPLE S TRUCKING, INC.. and JASON SANDEL (collectively "**Defendants**").  The settlement has been fully consummated and the agreement between Plaintiff and Defendant calls for dismissal of this Action with prejudice. According, Plaintiff requests that the Action be dismissed with prejudice, all parties to bear their own costs.  Defendants, by the signature of their counsel below, do not oppose this request.

[INTENTIONALLY BLANK]

Dated: February 21, 2022.                    Respectfully submitted and agreed,

**AKERLY LAW PLLC**

By:    */s/ Bruce W. Akerly*
      Bruce W. Akerly
      Texas Bar No. 00953200
      Robert N. Loughran
      Texas Bar No. 24111197

878 S. Denton Tap Rd., Suite 100
Coppell, Texas 75019
469-444-1878 telephone
972-841-6769 cell phone
bakerly@akerlylaw.com
rloughran@akerlylaw.com

ATTORNEYS FOR PLAINTIFF
STACEY HARRISON

**UNOPPOSED:**

**COTTON, BLEDSOE, TIGHE & DAWSON**

By:    */s/ David Lauritzen (with permission)*
      David Lauritzen
      Texas Bar No. 00796934
      Tyler G. Eyrich
      Texas Bar No. 24101741
      Olivia G. Stedman
      Texas Bar No. 24121146

P.O. Box 2776
Midland, Texas 79702-2776
432-684-5782 telephone
432-682-3672 facsimile
dlauritzen@cbtd.com
teyrich@cbtd.com
ostedman@cbtd.com

ATTORNEYS FOR DEFENDANTS AZTEC WELL
SERVICING CO., TRIPLE S TRUCKING, INC.,
AND JASON SANDEL